**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TAKUYE E. NIGHTFEATHER,

    Plaintiff,

v.                                        Case No. 3:08cv287/MCR/MD

METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

    Plaintiff TAKUYE E. NIGHTFEATHER has filed the current action against Defendant METROPOLITAN LIFE INSURANCE COMPANY under the Employee Retirement Income Security Act, 29 U.S.C. § 1001, et seq. (Doc. 1). The parties' joint report reflects a dispute as to the applicable standard of review in this case. Accordingly, the parties are directed to file memoranda addressing the applicable standard of review and whether any discovery is necessary. Such memoranda must be submitted on or before December 15, 2008. All further proceedings are stayed pending the court's determination of the appropriate standard of review.

    **ORDERED** on this 14th day of November, 2008.

                                                          *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS
                                                      UNITED STATES DISTRICT JUDGE**