IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAKUYE E. NIGHTFEATHER,

    Plaintiff,

vs.                                           CASE NO.: 3:08cv287/MCR/MD

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## AMENDED ORDER OF DISMISSAL

    This matter is before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 19). The previously entered Order of Dismissal (doc. 18) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 20th day of January, 2009.

                                                    s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **UNITED STATES DISTRICT JUDGE**